①

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Sherry E. Washington_
Plaintiff

v.

_United State's officials, Agency's_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06 - 42 -

I, _Sherry E. Washington_ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No | |
   |---|---|---|---|---|
   | a. | Business, profession or other self-employment | ☒ Yes | ☐ No | popsicle sticks Craft A tray |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No | $8.00 Sold |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No | one about |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No | Month ago |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No | Hobbie |
   | f. | Any other sources | ☐ Yes | ☒ No | Tray's Non Selling |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.   None

I declare under penalty of perjury that the above information is true and correct.

1/23/6
DATE

Sherry E. Washington
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
Employee file #                    Employee Name              Soc. Sec. #        Check No.    Company Name & Address
                                   SHERRY WASHINGTON                             14246        SPECIAL SERVICES BUREAU, INC.
Co. #         Div. #      Dept. #       Clock #                                                SSB - PENNSYLVANIA
SSB           SSBPA       4500          0            FW= S 0                                   1443 FERRIS AVENUE
Period Start  Period Ending  Check Date           ST=   0                                      BRONX, NY 10461
7/25/05       8/7/05        8/19/05
```

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD DESCRIPTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| REGULAR | 10.75 | 8.00 | $86.00 | $86.00 | | |
| | | | | SSEC | $5.33 | $5.33 |
| | | | | MEDI | $1.25 | $1.25 |
| | | | | SWTPA | $2.64 | $2.64 |
| | | | | EESUTAPA | $0.08 | $0.08 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| $86.00 | $9.30 | $0.00 | $76.70 |

|  |  |  | Hours |  |  | Rate |  |  |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER | LOCATION | DATE | TOUR | REGULAR | O.T. | HOLIDAY | REGULAR | O.T. | HOLIDAY |
| 7110 KMART | KMART CLAYMOI | 7/25/05 | 16:00-21:30 | 5.25 | 0.00 | 0.00 | 8.00 | 12.00 | 12.00 |
| 7110 KMART | KMART CLAYMOI | 7/26/05 | 16:00-21:45 | 5.50 | 0.00 | 0.00 | 8.00 | 12.00 | 12.00 |

*first last pay 1/23/6*



#80846/2005   3:23:22PM                                     000087000002500006 6