06 - 42 - ②

Sherry Washington
302 W. 32 St.

FILED
JAN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Address to Judge or Court
my case liking it Sealed.