

(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Sherry E. Washington
_____
(Name of Plaintiff or Plaintiffs)

v.

United States the official
or agency
_____
(Name of Defendant or Defendants)

CIVIL ACTION NO. 06 - 42 -

## COMPLAINT

1. This action is brought pursuant to _____
   (Federal statute on which action is based)
   for discrimination related to **religion origin** jurisdiction exists by virtue of
   (In what area did discrimination occur/e.g. race, sex, religion)

   _____
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at **302 W. 32 st.**
   (Street Address)
   **Wilmington** _____ **De,** **19802**
   (City)  (County)  (State)  (Zip Code)
   **1-302-762-4674**
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at **United U. States or officials or Agency**
   (Street Address)
   **Wilmington** _____ **De,** _____
   (City)  (County)  (State)  (Zip Code)

4. The alleged discriminatory acts occurred on **6** , **18** , **04**
   (Day)  (Month)  (Year)

5. The alleged discriminatory practice ☒ is  ☐ is not continuing.

1 of 1

6. Plaintiff(s) filed charges with the __Delaware Violent Crime Compensation Board__ medical only
   (Agency) & Victim's Service

   _____
   (Street Address)  (City)  (County)  (State)  (Zip)

   regarding defendant(s) alleged discriminatory conduct on: _____
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☒   No ☐  only Medical

   If yes, to whom was the appeal taken? _____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   Beat to A Necrology comming around passed out study being beat when comming around again's kidds running up hill called police was beatten from shoulder to head in head the police called Ambulance and for Code's over a case of mine.

10. Defendant's conduct is discriminatory with respect to the following:

    A. ☐ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☒ Plaintiff's religion
    E. ☒ Plaintiff's national origin

page 1 of 3

Concerns:

to me & mine over this mental and Physical Abuse always, this way, that way, Unknown taking ways in that they come around and speak in tacky way

Sherry E. Washington

page 10 of II

Also went to D.C. afterwards one the girls mother or family came in and hit me over me asking her to cover her mouth with saying excuse me she jumped up & smack me in the face with a back scratcher me & her both was put out for 3 days called police none respond prior to this threats up to now mental & physical Abuse happening



**STATE OF DELAWARE**
**DELAWARE VIOLENT CRIMES COMPENSATION BOARD**
240 N. JAMES STREET, SUITE 203
NEWPORT, DE 19804
TELEPHONE: (302) 995-8383
FAX: (302) 995-8387

THOMAS W. CASTALDI
CHAIRMAN
LEAH W. BETTS
VICE CHAIRWOMAN

V. LYNN GREGORY
STEPHANIE I. LIGUORI
STEPHEN L. MANISTA

GERTRUDE BURKE
EXECUTIVE SECRETARY/DIRECTOR

March 28, 2005

Ms. Sherry Washington
302 W. 32nd Street
Wilmington, DE 19802

RE:    CLAIM NO:   05-8780-PT

Dear Ms. Washington:

I would like to acknowledge that your application has been received by this agency and I have been assigned to investigate your claim. The claim number assigned to your file is listed above.

In order for us to process your claim, it will be necessary for you to submit all the necessary information. Please forward copies of all the requested documents on the attached form within fifteen (15) days of receiving this letter. <u>Failure to respond to this request may result in a denial of compensation.</u> If you have difficulty compiling this information, please contact me. Enclosed is a business reply envelope for your convenience.

If an attorney represents you in the filing of this claim, please have him/her contact this office so that we may advise him/her of this agency's guidelines regarding attorney fees.

**Please be advised that it is your responsibility to notify this office in the event of any change in address or telephone number.**

Sincerely,

Humphrey B. Truitt
Investigator

Cc: Mona Bayard



THOMAS W. CASTALDI
CHAIRMAN

LEAH W. BETTS
VICE CHAIRWOMAN

V. LYNN GREGORY
STEPHANIE I. LIGUORI
STEPHEN L. MANISTA

STATE OF DELAWARE
DELAWARE VIOLENT CRIMES COMPENSATION BOARD
240 N. JAMES STREET, SUITE 203
NEWPORT, DE 19804
TELEPHONE: (302) 995-8383
FAX: (302) 995-8387

GERTRUDE BURKE
EXECUTIVE SECRETARY/DIRECTOR

K 576-3940
654-5151
911 #
8% Shipley

5763670

VCCB DISPOSITION

CLAIM NO.: 05-8780-PT
CLAIMANT: SHERRY WASHINGTON
ADDRESS: 302 WEST 32ND STREET
WILMINGTON, DE 19802

UNDER THE PROVISIONS SET FORTH IN TITLE 11, CHAPTER 90 OF THE DELAWARE CRIMINAL CODE, AN AWARD IS HEREBY GRANTED IN THE AMOUNT OF $194.40.

DISBURSEMENTS SHALL BE MADE PAYABLE TO THE INDIVIDUAL(S) AS OUTLINED ON REVERSE SIDE OF THIS NOTICE.
****************************************************************************

SPECIAL CONDITIONS

{X} A. REIMBURSEMENT TO VIOLENT CRIMES COMPENSATION BOARD IF SUCCESSFUL IN CIVIL ACTION SUIT.

{X} B. PER CONTRACT, DISCOUNT PAYMENT ON REVERSE SIDE OF THIS DOCUMENT TO: X-RAY ASSOCIATES, ACCOUNT NO.: 1239378, DOS: 6/18/04; IS EQUAL TO FULL PAYMENT OF ACCOUNT. THE CLAIMANT IS NOT RESPONSIBLE FOR ANY ADDITIONAL PAYMENT.

{X} C. *THE VIOLENT CRIMES COMPENSATION BOARD IS A PAYER OF LAST RESORT. CLAIMANT/VICTIM MUST USE ALL AVAILABLE RESOURCES TO PAY FOR CRIME-RELATED EXPENSES. THE BOARD CAN ONLY CONSIDER THOSE EXPENSES NOT COVERED BY INSURANCE. IF THE CLAIMANT/VICTIM IS ENROLLED IN A MANAGED CARE INSURANCE PLAN, THEN THE CLAIMANT/VICTIM MUST USE A PARTICIPATING PROVIDER FOR TREATMENT. ANY EXPENSES INCURRED FOR TREATMENT BY A NON-PARTICIPATING PROVIDER MAY BE DENIED UNLESS PRIOR APPROVAL IS OBTAINED FROM THE BOARD.*

{X} D. NO DOCUMENTATION HAS BEEN SUBMITTED TO SUBSTANTIATE FUTURE CRIME-RELATED LOSSES/EXPENSES. IN THE EVENT THAT FUTURE LOSSES/EXPENSES ARE INCURRED, THE CLAIMANT MUST SUBMIT A WRITTEN REQUEST TO RE-OPEN CLAIM WITHIN TWO (2) YEARS FROM THE DATE AUTHORIZED BELOW. SUPPORTING DOCUMENTATION MUST BE INCLUDED WITH THE RE-OPEN REQUEST.

{X} E. IF THE DECISION IS ACCEPTABLE PLEASE SIGN, HAVE NOTARIZED, AND RETURN THE ENCLOSED RIGHT OF APPEAL. APPLICABLE PAYMENTS WILL BE RELEASED WITHIN THIRTY (30) DAYS FROM THE RECEIPT OF THE WAIVER.

{X} F. IF THE DECISION IS NOT ACCEPTABLE, THE CLAIMANT MUST FORWARD A WRITTEN REQUEST FOR A HEARING WITH THE BOARD. THE REQUEST MUST OUTLINE THE REASON(S) FOR DISPUTE, AND MUST BE RECEIVED BY THIS OFFICE WITHIN FIFTEEN (15) DAYS FROM THE RELEASE DATE AT THE BOTTOM OF THIS DOCUMENT.

{X} G. ALL AWARDS ARE SUBJECT TO FURTHER ORDER OF THE BOARD.

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)
preventative for Sherry L. Washington, and mine their above is that way this way and kids Troy M. Washington, Kenneth I Washington also suppose Mom Webster, Dad's and Grands from the Abuse mentally physically threats Harass in this way, that way, Unknown any, taxony, taxony, the radio way also with Incarcerations, the Happenning Non

I declare under penalty of perjury that the foregoing is true and correct. to the best of knowledge.

Dated: 1/24/6

Sherry L. Washington
(Signature of Plaintiff)

1 of 2

Plaintiff Pray's For Continuance
Non Continuance,
and all entitled too.
There En After.

Date 1/24/6

Sherry E. Washington

06 - 42 -

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Sherry E. Washington
302 W. 32 St. Wilmington De.

**DEFENDANTS** United States or it's officials, Agency or Official

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

1-302-762-4674

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)

When the plaintiff sueing U.S.

- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

It's officer's or Agency Fit's My Case

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|                          | PTF | DEF |                                              | PTF | DEF |
|--------------------------|-----|-----|----------------------------------------------|-----|-----|
| Citizen of This State    | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☒ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: Litigation Compensation Code of Misconduct Procedure

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,00,000 plus
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): Similiar in D.C
JUDGE _____
DOCKET NUMBER _____

DATE 1/24/6
SIGNATURE OF ATTORNEY OF RECORD Sherry Washington

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____