Sherry Washington
302 W. 32 st.
Wilmington De. 19802

Case No. 06 - 42

-V-

United State's and
or official agency

Letter to Court.

to whom Concern, appreciate if Case
being and or done, Handle in decent Manner
without, onigining racisting, proffessionally, it's
problem's inway's thisway, thatway

I spent for my own case 1-302-762-4674
and want privatey's Over asking for seal
it's what cleRks said. like press or Anyone
Comming in asking it's a medieal bill pd.    1/23/6
bye Compensation Board, was unable to copy, not enough money!
allso while setting in clenks area something
Vital was chemp wayer tinkered from me.