IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHERRY E. WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-42 KAJ |
| | ) | |
| UNITED STATES *(it's officials* | ) | |
| *or agency)* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 2ⁿᵈ day of ___Feb.___, 2006,
the Court having considered the application to proceed without
prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge