Sherry Washington
302 W. 32 st.
Wilmington De, 19802

06-42

3/21/6

06-42 KAJ

For Judge & or
Clerk of Court

Motion:

For an nother Amenks extension

Sherry Washington