Sherry Washington
302 W. 32 St.
Wilmington De, 19802
06-42

3/21/6   06-42KAJ

For Judge & or
Clerk of Court

Motion

For requesting Judge or Judge's Handled or handleing my case taken off.—

Sherry Washington