IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY E. WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-42-KAJ |
| | ) |
| THE UNITED STATES OF AMERICA, its officials or agencies, | ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, on March 3, 2006, the Court entered an order dismissing the complaint of plaintiff Sherry E. Washington ("Washington") and gave her thirty days to amend the complaint or the case would be closed (D.I. 7);

WHEREAS, on March 21, 2006, Washington filed a motion for additional time to amend the complaint (D.I. 8);

WHEREAS, on March 21, 2006, Washington filed a motion requesting that I be removed from the case (D.I. 9);

WHEREAS, a judge is required to recuse where his or her impartiality "might reasonably be questioned, " 28 U.S.C. § 455(a), mere disagreement with an adverse ruling, does not form a sufficient basis for recusal or disqualification, *see Securacomm Consulting, Inc. v. Securacom Inc.*, 224 F.3d 273, 278 (3d Cir. 2000), and Washington has provided no basis for my recusal.

THEREFORE, at Wilmington this 12th day of May, 2006, IT IS ORDERED that:

1. The motion for additional time (D.I. 8) is GRANTED. Washington is given

thirty (30) days from the date of this order to file an amended complaint. If an amended complaint is not filed within the time allowed, the case will be closed. No further extensions will be granted.

    2.    The motion requesting my removal from the case (D.I. 9) is DENIED.

_____
UNITED STATES DISTRICT JUDGE