Amm - complaints

Sherry Washington 5/16/06
302 W. 32 st W/m De 19802

Sherry Washington 5/16/06  06-42
302 W. 30 st W/m De 19802

A. An open shut open case
B. Self explained case
C. The Amm's isn't mine or the Amm's isn't mine
- Should I saying pot for me.
- It is for the city police Mayor
- on whomever the boss tempers
- station board somewhat victim
- service victim service cigar
- the Federal Court 2 clerks
- A. Beth & Yvette Yvette copying
- copies tampering Beth Adding
- belittling how no one except one
- owned up to this. But no one
- want's to discriminate them-
- selves —

- But the accusation & Alley
- ations I aint taking
- Never recieved a dismissal
- After 2 months giving esten-
- sion, pay in between all of
- this 6 clerk at federal
- court disputed vociferated to
- me then vociferated back
- but inhearing he's not writ-
- ing to incriminate his selve.
- the over comments called 3d
- district court spoken to a
- Baldus him asking what you
- want to doing appeal I said
- no I want to try to deal
- with amending Pk him its

FILED
MAY 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SW

Sherry Washington 5/10/06
302 W. 32 st. Wilm De 9802

Some complaints with this man saying you can't send complaints with the commend's (separated) when was finished sent w/ priority with confirmation on a monday 5/1/6 called to confirm sending sent to him briefly what was sent Ann — ends & complaints with VISA — tions, he said ok called tues-day no voicings received, he was smart sarcastic like tues-day evening called confirmation no confirming called wednes-day afternoon it was one, the machine saying received

S.W.

---

Sherry Washington 5/14/06
302 W. 32 st. Wilm De 9802

5/2/6 at 8:53 Am, a couple days later or so recieved a letter from 3rd district — Now if a few up on re-cieving # it's conspiring, cover-ing's and other problem's he done disavowing attach, votive -ing, perjury, was sarcastic- and meaning oter and some -iting — Inside jobbing vesuvius — Never was a dismissal

— The commend's is DSA- young attacking coheren-ting coinciding when it should've been questioning- on my end for my end —

S.W.

Sherry Washington 5/14/06
302 W. 32 St Wlm, De. 19802

- my case from square one was unvenerated and yes "invious" and "jeering" to me

- want my pain and suf-fering Monetary's Equity's and Pecuniary's —

- also it's a prorogativeable for relief —

- want activation honoring
- it was National and also annuity's Equity's monetary's

S.W.

---

Sherry Washington 5/16/06
302 W. 32 St Wlm, De. 1980?

Some Complaints

1. When you want to keep Mon-etary Equity "pecuniary's etch in your family only let them be beat your left Baldi's inhearring him asking I thought you said keep it in are family —

2. She don't sue us officials say Discrimination etch

3. A Judge say whether wright or wrong it's wrong speak-ing about my case [illegible] vesuvious. though.

4. I don't want to inquisitive incriminate what's doing not

S.W.

Sherry Washington   5/16/06
302 W. 32 St. Wilm De, 19802

to me neither, the court that court anyway is sup- pose to set defend. — when suspect's should've been captured beforehand and caputy penunciary Etch should've been up front its terrible poss terrible boastively contradicting —

Sherry Washington

S.W.

Sherry Washington   4/23/6   3A)

Over Amends and Case

Case renunciated over an open shut open case thew to amends it's pevalenting

Want my equity, monetary [1] from compensation Litigation Procedure Code plus violation's complaint charge's and the Non Entitlementing Relief Violation Complaints

it's the principle. [1+4] Incredulous, Unprerogatived, reprieved [2] Non Deign [4] Slurrs, prevalent Disavow [3] with the attant repudiated, unprerequisited Non Cival liberty, Non Cival law acts, rights Unprerogatived [4] Indemnity, unrequisited, unrelieved

Want my equity monetary [1] penunciary from for entitleary untitleary and went entitledment—

Sherry Washington

302 W. 32 St.
Wilm, De, 19802

MAY – 2 2006
U.S.C.A. 3rd. CIR.

4.)

"Violation" Complaints Ammends Reliefe and to me Discriminizing with attants prejudice, contradicting repudiated Incondign with the attants Attant Interpret's Attempt Connieve Deceptioning Inequivocally with attants Sovereign unethic belligerated uncival Libertys Laws Uncival Libertys Acts. Clause Codes Rights, Uncompensated Uncovereign Deprived, perpertrated on. Classificated² Denegrated, repudiated, prerequisted unpuniciary Unmonetary with, disavows reprieved² Unreprieved² Undeign Cost me and mine Also Abuse mental, physical Necrology murders rape indangering, jeopardys incarnation, reincarnating Inway thisway taxary fuckering Negligence — Continue —
action¹,²,³ actual¹,². Occurrence¹,². contradiction, Unamend² Ethics Code Disavow Discrimination Attant prejudice Unwaved Dissarrange Indecent² with no cause, Denegrated Deprived Ignorred, Incriminated, taunted, Unethics Uncival Lawed Unclassificated. Uncival Libertys Unrenunciated, renunciating Attant Deceptioning, it's Prevalenting unimdemnity they incredulous with no ground — prevaricated on, reprieved, Deprieved ungranted,² the principle¹,²,³,⁴ It's Corrorborating Amera -ing Inpretenseing Non Mo.   loitering Inquisitiving.¹,². Instruct¹. precipitated on. Conciding Coherenting on, Incoherenting to. Intro -vert on. Alleged on alloted on Arbitrayed also told, read inway despoticed¹ to procrasinated Vindication, Votive Forfeited² Introverting to me inhears Aloud. Ways Disavows Dissarrange with attants over ethics with Action¹,²,³. 144-15th Amendment someone said inhearring.
16
Sherry Washington

Sherry Washington
302 W. 38
Wilm, De 19806

Short 123 Slandering, Malicious obsoleting Arbitrary-
ing. Alluding, enacting, exempting its called
amend's playing and playful prohibited.
I want my monetary pecuniary for
violating. Infringe and a demanded's faith arrest.

302 W. 32st.
Wilmington De
19802.                4/23/6

The Delaware Compensation Board.
The police Violation's Charges Complaints.
The principle, Incompletion, Interference with equity's and relief; playjurizing, Interpetuding, Intervening Disavouing's with attant's Impulsiving with (Code 48 Undilligent, Depredationing, Dillatoring, Deprieving, connieving, Intentionallit, uncodeing unclassification, Unpreventative, Actioning 1,2,3,4,5, Imputeioning, Insecurity"1,2 Vindication — Intrigueing"1,2 Votiveing, cause vertigo, Non equity's. monetary pecuniary the Allege's — Vesuvious, vertable, Incesanting Fundamental reliefe, contrariwiseing, Non Verifying. want — exculpateion, and assert, littigating Ciou, NON Constrtutioning Insolention, Defer's Derrogattiving Inprerequisiting prevaricateing, Indegrading — Wants Impunity Imcumbention". Jail incapacitation² monetary² Equity pecuniary want pain and Suffering over Incident and over Abuse Necrology murder threats inway's thisway, thatway in taxi's to me and mine. —


— and want the Compensation board at the police station for the, same charge's Complaint's. Un Codeing Unguideline proceedureing for police and Compensation Board also. —

The charge Also of the graind 4,5,4

[signature]

Sherry Washington
302 W. 32 St.
Wilmington De, 19802

4/23/6

7.)

Clerks Violation Complaint Charge's
Intrigueing, Dissarranging, Incriminizing, Arroganting, Impropernessing, Interpolating, misrepresenttationing, Vociferationing, vetoeing, Votiving told IN Hearring's to Attants Connjeve Disavow's to me. and actuating, Intentionallity, Interpitudeing Interveneing Inlittigationing, Derrogativing Indegrading
— Wants venial Impunity Incumbention
- Jail Incapacitation, monetary Equity pecuniary —