Wilm, De, 19802

4/29/6   SA.)

1.) It's a "paperwork 1sheet chemy prawled taken inway and possible loiter, and soliciting or loiter solicit allready 4/29/6 when notice missing.

2.) Someone at the police station (city) when doing a report feels as though, need not to, or — non necessary to dictate exactly what's said — Non immitateing 1-part 2 copy transliterating, No transliterating.

3.) Delaware's official and police, are Inadvertent, Non Attentiving, Non observanting with Contradictioning Dissavow's Attants, — with Contradictioning Disavow's Insulention.

4.) Their slogan went from to protect and serve to something else they don't doing, neither, it's inway's thisway, thatway way participation to railroading's Abuse Necrology murders public warfareing.²

5.) The police and official on some, There's some say and or think their impecable and some inhearring. And action.² with Additude cause, whom they are they're right no matter what.—

6.) But anyway I feel Delaware Need's — Impeach Land² Inactivation — Ground's 4.5.4.1 popularity in Popular, when suppose-e- to being.

Sherry Washington

Sherry Washington
302 W. 32 St
Wilm, De, 19802

4/23/6

- In hearring Ron said, we did this to her, But you think I'm telling her, X he said I aint incriminating my self, —

C. — The other clerk, Beth [SW] done a delletting adding allso I recognized an error when was taking case to court, scratched out when went into clerks area Asked for white out, to white it out she put mistake back, on inhearring her, say she pushed what was right out off and put shoulder back on, it was hard to explain from Head to upper shoulder around top Neck! —

— I asked the court to hold the case, allso About 5 day's for me to put (N)ationally on reliefe and someone at clerks took it off. It was forgotten when wrote case. —

Now some of this is violations of my case between the police and the clerks this ammend's belong to them and allso if seeing No equitty's on me, Never recieved in 6 yrs Nothing from no where and

D. someone at the police station maliciousing Intentionally done my report wrong and didnt give me all the paper work. —

E. Now on the cival sheet, I followed it, I know it happend in Delaware, I aint responsible for Negligence or attants Disavow's of other's —

F. Allso something happened- to me in Delaware some guy telling me to shut mouth and attempt to grabb they allso threatened my kidd's, and they (still threatening 4/29/6) police come to house and handed me apart of a green slipp, I aint picked up the report yet. —

4/23/6    8.) 

A.) I took into Court the motion for the judge off, and extension on ammend's over a month ago as of yet not heard nothing. An amends suppose to start at 60 days. Whoever this judge's boss is not wanting me with nothing whoever in hearring. Suet also and their not wanting paper work neither, it's a judge wants my paper work swapped when mail it! In hearring 3/13/6 as of 3/19/6 what sending in, this is the first sending into your Court.

B.) A judge said to someone I hear and all he wants is for me not to put case's in it's — rellevant, when cause's to doing.

C.) On 3/23/6 In hearring the judge say why don't this girl get her self a lawyer. Disparage — slurr's 1,2,3. Slander, degrading, Discriminizing

D.) In hearring a judge not liking, violations being turnt in saying it's him she's giving to it's para- -noya sarcasm.

E.) In hearring a judge saying we all need to — stick together. connieving taungting. —

F.) In hearring a 3rd District Judge say wheat- ther it's wright or wrong to my case, it's wrong. Authoriting Complexing 1,2,3 plus.

G.) Also the Ammends was is a playjury on my ethics and caused jeopardy's endangering's inquisitive- ness on me, mine intuckering intaxory abuse, Weare murder and was also for loiterring in hearring — vescivious in hearring plus non contactinging.

H.) The Soveregn in Amends is saying booasting with attants. Non Contacting clerks and or Investigator, corror- borating, sarcasm, sovereigning, Indignanth, Tamper

~~Sherry Washington
302 W. 30 St
Wilm, De, 19800~~                4/23/6

H.) rellevanting, parranoying, Ironicalling, Dissastisfying dettering to me, Indecent, tampering Coherent repulsiving, premeditationing, prejudice, Inquisitioning, precipitateing, coinciding's prohibited the ~~principle 1234~~ Ground ~~4614~~ —
— Want my penunciary's —

Allso a judge saying where, she gets litigation from Inhearring, who she, think she is it's Discriminizing on my ethic's repulsiving predicating, revising", all apply's with in Appreciating, with Complacency with arrest. ~~the Civil Liberty's~~ —

I.) it's A Clerk or judge wants premed monetary loitering and soliciting Inhearring.

J.) In 8/05 over, A phone call a ~~insolention~~ Conspiring ~~Insulention~~ done to me, it was in about august it happened or no later than october inheart
S.W    Code" of Conduct" the procedure guideline
Done to me, perpertration, fraud and possibly Back Dated.