IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Washington, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civ. No. 06-cv-42 KAJ |
| | ) |
| United States, | ) |
| | ) |
|     Defendant. | ) |

O R D E R

This __20th__ day of ___July_, 2007, it appearing that:

1.  All non-sealed and non-expunged records are forwarded to the National Archives and Records Administration (NARA) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2.  The policy of this Court is that case records are forwarded to the NARA after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3.  This case will be forwarded to the NARA after being held for the minimum period of six months.

4.  During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5.  The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

**NOW**, therefore, **IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the NARA, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the NARA in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the NARA in accordance with the policy of this Court.

United States ~~District~~ Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 24 , 2007

**Sherry E. Washington**
302 W 32nd Street
Wilmington, DE 19802
302-762-4674

```
RE:  Washington v. United States
     Civ No.: 06-cv-42 KAJ
```
Dear Sir/Madame:

The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA).  Pursuant to the enclosed Order of the Court, **pro se parties are asked to claim the sealed documents mentioned in the Order by August 7 , 2007.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet.  A jointly filed document may be claimed by any attorney who signed/filed the document.

*If parties do not claim the documents that they filed by the above date*, the Clerk will <u>unseal</u> any sealed documents remaining and send them to the NARA in accordance with the Order.

To claim your sealed documents kindly **send a formal letter of request to our court in the provided self addressed envelope.**

Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address.  Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. If you have any further questions please contact the Clerks Office at (302)573-6170.

```
                              Sincerely,
                              By: /s/Larisha Davis
                                  Deputy Clerk
```

Enc.
    Partial Docket Sheet
    Order

REVIEWED
By Larisha Davis at 12:14 pm, Jun 26, 2007

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00042-KAJ
### Internal Use Only

Washington v. United States  
Assigned to: Honorable Kent A. Jordan  
Cause: 42:1983 Civil Rights Act  

Date Filed: 02/02/2006  
Date Terminated: 06/13/2006  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

Sherry E. Washington          represented by  Sherry E. Washington
                                              302 W 32nd Street
                                              Wilmington, DE 19802
                                              302-762-4674
                                              PRO SE

V.

**Defendant**

United States  
*it's officials or agency*  
TERMINATED: 03/03/2006

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Sherry E. Washington. (dab, ) (exit SLR) Additional attachment(s) added on 1/25/2006 (dab, ). Additional attachment(s) added on 1/25/2006 (dab, ). (Entered: 01/24/2006) |
| 01/23/2006 | 2 | MOTION to Seal Case - filed by Sherry E. Washington. (dab, ) (exit SLR) Additional attachment(s) added on 1/25/2006 (dab, ). (Entered: 01/24/2006) |
| 01/23/2006 | 3 | COMPLAINT filed Pro Se against United States - filed by Sherry E. Washington. (exit SLR)(dab, ) Additional attachment(s) added on 1/25/2006 (dab, ). (Entered: 01/24/2006) |
| 01/24/2006 |   | (Court only) ***Case Unsealed (maw, ) (Entered: 01/24/2006) |
| 01/24/2006 | 4 | SEALED EXHIBIT A re 3 Complaint (sealed per Chief Judge Robinson as duty judge). (dab, ) (Entered: 01/24/2006) |
| 01/24/2006 |   | (Court only) ***Motions terminated: 2 MOTION to Seal Case filed by Sherry E. Washington,. (dab, ) (Entered: 01/24/2006) |
| 01/25/2006 |   | CORRECTING ENTRY: PDF's added to public docket entries (dab, ) (Entered: 01/25/2006) |
| 01/31/2006 | 5 | Letter to Court from Sherry Washington. (dab, ) (Entered: 02/01/2006) |
| 02/01/2006 |   | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 02/01/2006) |
| 02/02/2006 | 6 | ORDER granting 1 Motion for Leave to Proceed in forma pauperis . Signed by Judge Kent A. Jordan on 2/2/2006. (ntl, ) (Entered: 02/02/2006) |